1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| HECTOR VALENZUELA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED STERILIZATION PRODUCTS, INC., a Delaware corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; ETHICON, INC., a New Jersey corporation; and DOES 1 - 50,<br><br>Defendants. | Case No. 8:20-cv-00475-JLS (KESx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge Karen E. Scott]<br><br>State Court<br>  Action Filed:  January 28, 2020<br>Trial Date:  None Set<br>District Judge:  Hon. Josephine L. Staton<br>Magistrate Judge: Karen E. Scott |
|---|---|

Case No. 8:20-cv-00475-JLS (KESx)

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Stipulated Protective Order entered into by and between Plaintiff Hector Valenzuela and Defendants Advanced Sterilzation Products, Inc, Johnson & Johnson Services, Inc. and Ethicon, Inc. through their attorneys of record on July 23, 2020 (Dkt. 16) is hereby granted.

IT IS SO ORDERED.

DATED: July 24, 2020  _____
Honorable Karen E. Scott
United States Magistrate Judge